UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>v.<br><br>RICARDO DOMINGUEZ,<br><br>                                        Defendant. | Case No.:  21CR3482-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing in this matter is continued from May 27, 2022 to **Wednesday, July 20, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 23, 2022

Hon. Janis L. Sammartino
United States District Judge