UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>RICARDO DOMINGUEZ,<br><br>                                    Defendant. | Case No.: 21CR3482-JLS<br><br>**ORDER VACATING ORDER CONTINUING SENTENCING HEARING** |

Pursuant to objection by counsel for Defendant, the Court's order continuing the Sentencing Hearing in this matter (ECF 37) is **Vacated**. The Sentencing Hearing shall proceed as originally scheduled on **Friday, May 27, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: May 24, 2022

Hon. Janis L. Sammartino
United States District Judge

21CR3482-JLS